IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY POPOV, | 1:06-CV-0409 OWW DLB HC |
| Petitioner, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

1   Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk's Office shall send to petitioner the form for application to proceed
3   in forma pauperis.

4       2. Within thirty days of the date of service of this order, petitioner shall submit a
5   completed application to proceed in forma pauperis and a certified copy of his prison trust
6   account statement for the six month period immediately preceding the filing of the petition, or in
7   the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will
8   result in a recommendation that this action be dismissed.

10   IT IS SO ORDERED.

11       Dated:   April 18, 2006                      /s/ Dennis L. Beck
ah0l4d                                         UNITED STATES MAGISTRATE JUDGE