# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY POPOV, | CV F   06-0409 OWW DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITIONER'S OBJECTIONS |
| v. | |
| JOHN MARSHALL, Warden, | [Doc. 11] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 3, 2006, Respondent filed a motion to dismiss the instant petition as barred by the one-year statute of limitations. (Court Doc. 8.) Petitioner filed an opposition on July 20, 2006. (Court Doc. 9.) On September 7, 2006, the undersigned issued Findings and Recommendations recommending that Respondent's motion to dismiss be granted. (Court Doc. 10.) On October 4, 2006, Petitioner filed objections to the Findings and Recommendations. (Court Doc. 11.) In his objections, Petitioner expands on his claim that due to his prison transfers and lack of access to his legal property, he was unable to file a timely petition. (Id.)  The Court finds that a response by Respondent would be helpful in resolving Petitioner's claim for equitable tolling raised in his objections. Accordingly, within **fifteen (15)** days from the date of service of this order, Respondent shall file a response to Petitioner's objections.

IT IS SO ORDERED.

Dated:   **November 27, 2006**           /s/ **Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE

1