# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY POPOV, | CV F   06-0409 OWW DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| v. | [Doc. 13] |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 7, 2006, the undersigned issued Findings and Recommendations recommending that Respondent's motion to dismiss based on untimeliness be granted. (Court Doc. 10.) On October 4, 2006, Petitioner filed objections. (Court Doc. 11.) On November 27, 2006, the Court issued an order directing Respondent to submit a response to Petitioner's objections. (Court Doc. 12.) Now pending before the Court is Respondent's motion for an extension of time to file a response to Petitioner's objections to the Findings and Recommendations. (Court Doc. 13.)

GOOD CAUSE having been demonstrated, Respondent is granted until January 11, 2007, to file a response to Petitioner's objections.

IT IS SO ORDERED.

Dated:   **December 18, 2006**          **/s/ Dennis L. Beck**
ah0l4d                                     UNITED STATES MAGISTRATE JUDGE

1