

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALEXEY POPOV,

vs.

JOHN MARSHALL, Warden,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-00409 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_   Granted for the following reason:

_____

_____

_____

_____

  X    Denied for the following reason:
*No issue presented debatable among jurists of reason*

_____

Dated: 3-7-07

OLIVER W. WANGER
United States District Judge